# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN TURNER,

     Petitioner,

vs.

ATTORNEY GENERAL, *et al.*,

     Respondents.

Case No. 2:17-cv-00696-APG-CWH

**ORDER**

     This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner.  Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the petition.  When filing a habeas action, petitioner must either submit the $5.00 filing fee for habeas petition or an application to proceed *in forma pauperis*.  Due to the lack of an *in forma pauperis* application or filing fee, the present action will be dismissed without prejudice to the filing of a new petition in a new action with a pauper application with all required attachments. It does not appear from the papers presented that a dismissal without prejudice would result in a promptly-filed new petition being untimely.  In this regard, petitioner at all times remains responsible for calculating the running of the limitations period as applied to his case and properly commencing a timely-filed habeas corpus action.

     **IT THEREFORE IS ORDERED** that this action is **DISMISSED** without prejudice to the filing of **a new petition in a new action**.

     **IT IS FURTHER ORDERED** that the Clerk of the Court shall send petitioner the following: (1) two copies of an *in forma pauperis* application form for a prisoner and one copy of the instructions for the same, (2) two copies of a blank 28 U.S.C. § 2254 habeas petition form and one copy of instructions for the same; and (3) the petition received on March 8, 2017.

     **IT IS FURTHER ORDERED** that petitioner may file a new petition in a new action, but may not file further documents in this action.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

      **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**  Reasonable jurists would not find the dismissal of the improperly-commenced action without prejudice to be debatable or wrong.

      **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

Dated: March 13, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE